STATE OF NEW JERSEY v. DAVID NASH.

Feb. 4, 1980.  Petition for certification denied.

STATE OF NEW JERSEY v. SILVIO MARTINEZ.

Feb. 4, 1980.  Petition for certification denied.

RENEE PORTEE v. EDITH JAFFEE.

Feb. 5, 1980.  Petition for certification to Superior Court, Law Division granted.

STATE OF NEW JERSEY v. CYRUS HATAMI.

Feb. 11, 1980.  Petition for certification denied.

STATE OF NEW JERSEY v. DARREL McBURROUGHS
AND MICHAEL WRIGHT.

Feb. 11, 1980.  Petition for certification denied.

STATE OF NEW JERSEY v. CYNTHIA REDDINGTON.

Feb. 11, 1980.  Petition for certification denied.